[No. 71418-0-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EDWARD BETTYS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00159-9, Dave Needy, J., entered December 17, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Cox and Schindler, JJ.

[Nos. 71716-2-I; 71717-1-I;   Division One.   January 20, 2015.]
71718-9-I; 71719-7-I.

*In the Matter of Dependency of* E.T. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. KENYAGHTA THORNTON ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 13-7-04191-8, Hollis R. Hill, J., entered March 14, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 31502-9-III.   Division Three.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN EARL GARFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00538-1, John M. Antosz, J., entered March 11, 2013. *Reversed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.